**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**YOGESH NAGNATH SABLE, and**
**TRUPTI RAJENDRA HARALKAR,**

***Plaintiffs*,**

**v.** **Case No. 5:26-CV-2736-JKP**

**UNITED STATES CITIZENSHIP AND**
**IMMIGRATION SERVICES (USCIS), et al.,**

***Defendants.***

**ORDER OF DISMISSAL**

Before the Court is Plaintiffs' Unopposed Motion to Dismiss (ECF No. 7). Plaintiffs therein inform the Court that they have obtained all relief sought in this action and that this action is now moot. Accordingly, the Court **GRANTS** the motion and **DISMISSES** this action as **MOOT**. Each party shall bear their own costs and fees. **The Clerk of Court shall close this case**.

**IT IS SO ORDERED this 15th day of June 2026.**

Jason Pulliam

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**